**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com



June 9, 2010

Clerk, U.S. Bankruptcy Court

RE: Andres Pinedo
    Bankruptcy Case No. 5-05-50442
    Unclaimed Funds For: Mortgage Lenders Network
                          146 New Britain Avenue
                          Plainville CT 06062-2019

Dear Clerk:

   Enclosed herewith please find check No.776174 for $2,172.20 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                            Very truly yours,

                                            Carol A. Kreider
                                            Funds Manager